Elsa ORELLANA–LEON; Ana Orellana, Petitioners,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 09–70674.

United States Court of Appeals, Ninth Circuit.

Submitted March 8, 2011.*

Filed March 25, 2011.

Elsa Ines Martinez, Esquire, Law Offices of Elsa Martinez, PLC, Los Angeles, CA, for Petitioners.

Nehal Kamani, OIL, U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: FARRIS, O'SCANNLAIN, and BYBEE, Circuit Judges.

MEMORANDUM **

Elsa Orellana–Leon and Ana Orellana, natives and citizens of Guatemala, petition for review of the Board of Immigration Appeals' ("BIA") order dismissing their appeal from an immigration judge's ("IJ") decision denying their motion to reopen proceedings held in absentia. We have

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

jurisdiction under 8 U.S.C. § 1252. Reviewing for abuse of discretion, *Garcia v. INS,* 222 F.3d 1208, 1209 (9th Cir.2000) (per curiam), we deny the petition for review.

The BIA did not abuse its discretion by denying petitioners' request for reopening sua sponte rather than remanding for the IJ to first address their request. *See* 8 C.F.R. § 1003.1(d)(3)(ii) ("The Board may review questions of law, discretion, and judgment and all other issues in appeals from decisions of immigration judges de novo."); *see also Ghaly v. INS,* 58 F.3d 1425, 1430 (9th Cir.1995) ("Any error committed by the IJ will be rendered harmless by the Board's application of the correct legal standard.").

### PETITION FOR REVIEW DENIED.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.